**Order entered April 28, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00239-CV**

**PHILIP W. HOLIFIELD AND HAZEL HOLIFIELD, Appellants**

**V.**

**BARCLAY PROPERTIES, LTD, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-01282**

**ORDER**

Before the Court is court reporter Antionette Reagor's April 26, 2021 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by May 7, 2021.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE